No. 221. López, Peticionario, *v.* Texidor, Juez Distrito San Juan, Sección 1ª., Demandado.—*Certiorari.* Febrero 28, 1918. *Sin lugar.*

No. 1223. El Pueblo, Apelante, *v.* Castello, Apelado.— Delito contra el derecho electoral; sobreseimiento. Mayagüez. Marzo 4, 1918. *Revocada la sentencia y devuelto el caso a los fines procedentes.*

No. 1224. El Pueblo, Apelante, *v.* López, Apelado.—Delito contra el derecho electoral; sobreseimiento. Mayagüez. Marzo 4, 1918. *Revocada la sentencia y devuelto el caso a los fines procedentes.*

No. 1070. El Pueblo, Apelado, *v.* Mercado et al., Apelantes.—Conspiración; reconsideración. Humacao. Marzo 5, 1918. *No ha lugar a la reconsideración solicitada.*

No. 1237. El Pueblo, Apelado, *v.* Mariche, Apelante.— Escalamiento en 2º. grado. San Juan, Sección 2ª. Marzo 7, 1918. *Confirmada la sentencia apelada.*

No. 1222. El Pueblo, Apelante, *v.* Galanes, Apelado.— Delito contra el derecho electoral. Mayagüez. Marzo 7, 1918. *Revocada la sentencia apelada y devuelto el caso a los fines procedentes.*

No. 1235. El Pueblo, Apelado, *v.* Carrillo, Apelante.— Acometimiento y agresión graves. Humacao. Marzo 7, 1918. *Confirmada la sentencia apelada.*